

# STATE OF MICHIGAN

# SUPREME COURT

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

                                        SC:  153970

v                                          COA:  314245

                                        Macomb CC:  2012-001661-FH

ALVIN LEWIS RICHARDSON,
        Defendant-Appellant.

_____/

### Statement of Justice Viviano Granting Defendant-Appellant's Motion to Disqualify

VIVIANO, J.  On July 21, 2016, defendant filed a motion to disqualify me from this case. Having presided over defendant's trial, I would have recused myself from the case, regardless of defendant's motion.  Therefore, I would grant defendant's motion.